# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br>vs.<br><br>TRACE RAE THOMS and<br>JENNIFER ANNE THOMS,<br><br>    Defendants. | 3:10-cr-069-RRB-JDR<br><br>**RECOMMENDATION**<br>**REGARDING**<br>**MOTION  TO  DISMISS**<br><br>(Docket No. 346) |

The United States moves the court to dismiss the indictment in this case, which charges contained therein are based upon the marijuana evidence. The motion to dismiss is limited solely to the charges contained in the current indictment and does not convey any other meaning or notice. *See* Docket 346.  Accordingly, in the interest of justice and to expedite the business of the court the magistrate judge recommends that the Motion to Dismiss be GRANTED.  This recommendation shall be filed as a final.  This matter shall be forwarded to the assigned district judge for his determination.

DATED this 28th day of October, 2013, at Anchorage, Alaska.

*/s/ John D. Roberts*
JOHN D. ROBERTS
United States Magistrate Judge